BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

LINDSAY L. CLAYTON
CA Bar No. 252802
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   202.307.2956
Facsimile:    202.307.0054
E-mail:         lindsay.l.clayton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JERRY LEE FORD and SONYA FORD<br><br>Defendants. | Civil No. 2:10-cv-02076-WBS-JFM<br><br>JUDGMENT IN FAVOR OF THE UNITED STATES AND AGAINST JERRY LEE FORD AND SONYA FORD |
|---|---|

Upon stipulation of the parties and for good cause shown, this Court GRANTS judgment against Jerry Lee Ford and Sonya Ford and in favor of the United States for the unpaid federal income tax liabilities owed for the 1999, 2000, 2001, 2006, and 2007 tax years in the amount of $207,167.65, plus interest and other statutory additions in accordance with 26 U.S.C. §§ 6601, 6621-6622 and 28 U.S.C. § 1961(c)(1) from April 17, 2010. This Court GRANTS judgment against Jerry Lee Ford, d/b/a Jerry Lee Ford Construction, and in favor of the United States for the unpaid federal employment tax liabilities owed for the 1999, 2000, 2001, 2002, 2003, 2006, 2007 and 2008 tax years in the amount of $206,697.46, plus interest and other statutory additions in accordance with 26 U.S.C. §§ 6601, 6621-6622 and 28 U.S.C. § 1961(c)(1) from April 17, 2010. Each party shall bear its own costs and fees.

1  IT IS SO ORDERED.

3  Dated this 7th day of December, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE